**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:      Llanelly Enterprises LTD v. Harry A. Bouknight, Jr.

Appellate case number:  01-19-00505-CV

Trial court case number:  2019-09066

Trial court:            295th District Court of Harris County

This case was abated and remanded to the trial court for the trial court to enter written findings of fact and conclusions of law. The district clerk has filed a supplemental clerk's record containing the trial court's findings of fact and conclusions of law. Accordingly, we **REINSTATE** this case on the Court's active docket.

Appellant's brief is **ORDERED** to be filed within 30 days of the date of this order. *See* TEX. R. APP. P. 38.7.

The appellee's brief, if any, is **ORDERED** to be filed within 30 days of the filing of appellant's brief. *See* TEX. R. APP. P. 38.6(b).

It is so **ORDERED**.

Judge's signature: ___/s/ Sherry Radack_____
                   ☒ Acting individually    ☐ Acting for the Court

Date: ___September 19, 2019___